AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Michael Seiser                **JUDGMENT IN A CIVIL CASE**

      v.                                           Case Number: 12 C 2353

City of Chicago, et al

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Defendants' motion for summary judgment is gratned in its entirety. Judgment is entered in favor of defendants on all counts.

                                        Thomas G. Bruton, Clerk of Court

Date: 4/29/2013              /s/ Gladys Lugo, Deputy Clerk